IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 01355 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

STEVEN WILSON,

    Plaintiff,

v.

ARI ZAVARAS, Director of Colorado Department of Corrections, and
CATHY HOLST, Manager of Office of Correctional Legal Services,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Plaintiff Steven Wilson has submitted a Prisoner Complaint and a Motion for Assignment of Judge. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff also has tendered the $350.00 filing fee. The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 7 2008

GREGORY C. LANGHAM
CLERK

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 27th day of June, 2008.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 01355

Steven Wilson
Prisoner No. 61564
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $350.00 filing fee** to the above-named individuals on 6/27/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk