IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 03 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01355-BNB

STEVEN WILSON,

Plaintiff,

v.

ARI ZAVARAS, Director of Colorado Department of Corrections, and
CATHY HOLST, Manager of Office of Correctional Legal Services,

Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion for Assignment of Judge" filed on June 27, 2008, is DENIED.

Dated: July 3, 2008

Copies of this Minute Order mailed on July 3, 2008, to the following:

Steven Wilson
Reg. No. 61564
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

_____
Secretary/Deputy Clerk