IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01355-BNB

STEVEN WILSON,

    Plaintiff,

v.

ARI ZAVARAS, Director of Colorado Department of Corrections, and
CATHY HOLST, Manager of Office of Correctional Legal Services,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 8 2008

GREGORY C. LANGHAM
            CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Steven Wilson, is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility at Crowley, Colorado. Mr. Wilson has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. The court must construe the complaint liberally because Mr. Wilson is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Wilson will be ordered to file an amended complaint.

The court has reviewed Mr. Wilson's complaint and finds that it is deficient because Mr. Wilson fails to provide specific facts in support of the claims he is asserting. Mr. Wilson claims that he has been denied his constitutional right of access to the courts. He specifically asserts that he has attempted to obtain the necessary legal materials to challenge his California state convictions and that Defendant Cathy

Holst "has repeatedly frustrated, impeded and hindered the Plaintiff's access to [C]alifornia statutes, rules of criminal procedure, appellate procedure and case law necessary for him to properly file and proceed on his legal challenges to his convictions, and otherwise mount any meaningful challenge to the convictions as set out herein." (Prisoner Compl. At p.3a.) Mr. Wilson does not allege what efforts he has made to obtain the necessary legal materials or how Defendant Holst repeatedly has frustrated, impeded, and hindered those efforts. With respect to Defendant Ari Zavaras, Mr. Wilson alleges only that he wrote a letter to Defendant Zavaras complaining about Defendant Holst and that Defendant Zavaras has not responded.

Therefore, Mr. Wilson will be directed to file an amended complaint. Mr. Wilson is advised that, in order to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007). Furthermore, personal participation is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Wilson must show that each Defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. **See Pembaur v. City of Cincinnati**, 475

U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983). Accordingly, it is

ORDERED that Mr. Wilson file **within thirty (30) days from the date of this order** an original and sufficient copies of an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Wilson, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Wilson fails to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 7th day of July, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01355-BNB

Steven Wilson
Prisoner No. 61564
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 7/8/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk