IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01355-REB-KMT

STEVEN WILSON,

    Plaintiff,

v.

CATHY HOLST, Individually

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Enlargement of Time" to respond to Motion to Dismiss and Memorandum Brief in Support of Motion to Dismiss by Defendant Cathy Holst (#23, filed December 19, 2008) is GRANTED. Plaintiff shall have up to and including January 16, 2009 to respond to Defendant's Motion to Dismiss.

Plaintiff's "Motion for Order of the Court"(#24, filed December 19, 2008) is GRANTED. Defendant shall provide a copy of *Velasquez v. Dep't of Corrections*, 90-1096 (unpublished) (10th Cir. 1990) to the Plaintiff.

Dated: December 22, 2008