IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01355–REB–KMT

STEVEN WILSON,

    Plaintiff,

v.

CATHY HOLST, in her individual capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion to Change Name in Caption" (Doc. No. 86, filed November 4, 2010). Plaintiff states that while incarcerated in Colorado he was held under the name of Steven Wilson, an alias, and was required to file this suit in that name. Plaintiff now has been incarcerated in California under "his true name," Paul Rateau. As such, Plaintiff may have difficulty receiving mail sent to him from this Court. Plaintiff seeks to change his name in the caption to Paul Rateau. The defendant does not object to changing the caption to identify Plaintiff as "STEVEN WILSON aka PAUL RATEAU." Therefore, it is ORDERED that the Motion (Doc. No. 86) is GRANTED in part. The caption in this case shall be changed to identify the plaintiff as "STEVEN WILSON aka PAUL RATEAU." The Clerk of Court shall change Plaintiff's name in the caption and also in the docket accordingly.

Dated: November 18, 2010