IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01355–REB–KMT

STEVEN WILSON,

    Plaintiff,

v.

CATHY HOLST, in her individual capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Strike" (Doc. No. 100, filed December 20, 2010) is DENIED because the Tenth Circuit remanded the case to the District Court to "construe Plaintiff's 'motion for enlargement of time' (doc. 71) and notice of appeal as a motion under Fed. R. App. P. 4(a)(6) to reopen the time to appeal" (Doc. No. 83 at 2, 4) and this court ordered defendants to file a response (Doc. No. 85).

Dated: December 22, 2010