IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01355–REB–KMT

STEVEN WILSON,

    Plaintiff,

v.

CATHY HOLST, in her individual capacity,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's letter/motion filed January 21, 2011 (Doc. No. 111) requesting a copy of "Document #71 of the Record and specifically the envelope in which it was mailed to me" is GRANTED in part and DENIED in part.

It is unclear which envelope Plaintiff seeks. The Court generally does not copy, scan, retain, or docket copies of or information regarding envelopes containing documents sent to parties. There is not a copy of an envelope attached to Document Number 71. However, upon a review of the docket, the Clerk did scan and docket the envelopes attached to several documents sent to the Court by Plaintiff. Additionally, the Court did receive several documents by return mail due to Plaintiff's address change. The Clerk shall provide copies of the following documents, in their entirety, to Plaintiff: 64, 65, 66, 67, 68, 69, 70, 71, and 73.

Dated: January 24, 2011