IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01355–REB–KMT

STEVEN WILSON,

    Plaintiff,

v.

CATHY HOLST, in her individual capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Orders on the Clerk of the Court" (Doc. No. 133, filed March 28, 2011) is DENIED. The Clerk's office does not keep any such log books.

Dated: March 29, 2011