IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01355–REB–KMT

STEVEN WILSON,

    Plaintiff,

v.

CATHY HOLST, in her individual capacity,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Based on this court's Recommendation (Doc. No. 138) that Plaintiff's "Motion for Enlargement of Time" (Doc. No. 71) be denied, Plaintiff's "Motion for Orders of the Court" (Doc. No. 130, filed March 21, 2011), "Motion for Time to Respond" (Doc. No. 131, filed March 21, 2011), and "Motion for Further Production of Documents" (Doc. No. 134, filed March 28, 2011) are DENIED.

In his "Motion for Orders of the Court" (Doc. No. 130), Plaintiff seeks a copy of the envelope allegedly mailed to the defendant on October 23, 2009. In his "Motion for Further Production of Documents" (Doc. No. 134), Plaintiff seeks "[a]ll documents, entries, and/or notations made by any and all staff of the Office of the Colorado Attorney general [sic] concerning the receipt of the Plaintiff's Motion for Time . . . ." Such information is irrelevant to whether the plaintiff may seek the benefit of the prison mailbox rule.

In his "Motion for Time to Respond" (Doc. No. 131), Plaintiff seeks an extension of time to file an additional reply to the defendant's supplemental response. The court finds no further briefing is necessary.

Dated: April 6, 2011