IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01355–REB–KMT


STEVEN WILSON,

     Plaintiff,

v.

CATHY HOLST, in her  individual capacity,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Orders of the Court" (Doc. No. 140, filed April 14, 2011) is GRANTED in part and DENIED in part.  Defendant shall, no later than April 22, 2011, send copies of the unpublished cases cited in her Supplemental Response (Doc. No. 137) to Plaintiff, pursuant to D.C.COLO.LCivR 7.1D.

Plaintiff's Motion is DENIED in all other respects.  The court advised Plaintiff in its Minute Order dated April 6, 2011, that no further briefing regarding the "Motion For Enlargement of Time" (Doc. No. 139) is necessary.  (*See* Doc. No. 139.)

Dated: April 20, 2011