**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01355-REB-KMT

STEVEN WILSON, aka PAUL RATEAU,

    Plaintiff,

v.

CATHY HOLST, Manager, Office of Correctional Legal Services,

    Defendant.

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#138], filed April 6, 2011; and (2) **Plaintiff's Objection to the Magistrate Judge's Recommendation** [#146], filed May 31, 2011. I overrule the objections, adopt the recommendation, and deny plaintiff's **Motion for Enlargement of Time** [#71], filed November 2, 2009.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir.

1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

The recommendation is detailed and well-reasoned. Contrastingly, plaintiff's objection is imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#138], filed April 6, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in **Plaintiff's Objection to the Magistrate Judge's Recommendation** [#146], filed May 31, 2011, are **OVERRULED**;

3. That plaintiff's **Motion for Enlargement of Time** [#71], filed November 2, 2009, is **DENIED**; and

4. That plaintiff's **Renewed Motion To Send the Matter Back to the Magistrate Judge with Instructions** [#118], filed February 7, 2011, is **DENIED AS MOOT**.

Dated August 9, 2011, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge